# IN THE SUPREME COURT OF TE

**FILED**

10/20/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

No. 15-0944

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, PETITIONER,

v.

C.W.H., RESPONDENT

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE TWELFTH DISTRICT OF TEXAS

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Twelfth District, and having considered the appellate record, briefs, and counsels' argument, concludes that the court of appeals' judgment should be affirmed.

IT IS THEREFORE ORDERED that:

1) The court of appeals' judgment is affirmed;

2) The cause is remanded to the trial court for further proceedings consistent with the Court's opinion; and

3) Each party shall bear its own costs in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Twelfth District and to the 145th Judicial District Court of Nacogdoches County, Texas, for observance.

October 20, 2017

\*\*\*\*\*\*\*\*\*\*